IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OCIE BANKS, ROBERT WILK, and JETTIE BIGGS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | No. 12 CV 3730 |
| Plaintiffs, | | |
| | | Magistrate Judge Finnegan |
| v. | | |
| GCA SERVICES GROUP, INC, | | |
| Defendant. | | |

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs ask the Court to enter an order:

1. Preliminarily approving the class-wide Settlement Agreement negotiated by the parties;

2. Conditionally certifying this case as a class action for settlement purposes only and defining two Settlement Classes as follows:

A <u>Not Eligible Class</u>, which is defined as:

> All individuals who satisfy all of the following criteria: (1) GCA designated the individual as "Not Eligible" for hire based on a consumer report in an e-mail communication sent to a hiring manager between May 15, 2010 and March 1, 2012, (2) GCA never mailed the individual a copy his or her consumer report between May 15, 2010 and March 1, 2012, and (3) the individual never worked for GCA after being designated "Not Eligible" for hire. Also included in the Not Eligible Class are individuals who GCA fired between May 15, 2010 and March 1, 2012 and whose termination code was "Failed Background Check" and who were not mailed a copy of his or her consumer report prior to termination. Not Eligible Class Members are named in Exhibit C to this Agreement.

An <u>Adverse Action Letter Class</u>, which is defined as:

> All individuals to whom GCA mailed the form letter attached hereto as Exhibit A (or a substantially similar letter) between May 15, 2010 and March 1, 2012 and

who were not working for GCA thirty days after the letter was mailed. Adverse Action Letter Class Members are named in Exhibit B to this Agreement.

3. Designating Ocie Banks, Robert Wilk, and Jettie Biggs as representatives of the Settlement Classes and their attorneys as Class Counsel;

4. Approving the form and manner of class notice;

5. Setting a date for a final fairness hearing; and

6. Pending the outcome of a final fairness hearing, preliminarily enjoining all members of the Classes from commencing, prosecuting, or maintaining any claim already asserted in and encompassed by this Action.

7. A draft order is attached to the memorandum of law filed in support of this motion.

WHEREFORE, Plaintiffs request entry of the attached draft order or a similar order.

Respectfully submitted,

/s/   Christopher J. Wilmes

Matthew J. Piers
Christopher J. Wilmes
Hughes Socol Piers Resnick & Dym
70 W. Madison St. Suite 4000
Chicago, IL 60602
(312) 580-0100