## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| OCIE BANKS, ROBERT WILK, and JETTIE BIGGS, individually and on behalf of all others similarly situated, | ) ) ) ) | No. 12 CV 3730 |
| Plaintiffs, | ) ) ) | Magistrate Judge Finnegan |
| v. | ) ) | |
| GCA SERVICES GROUP, INC, | ) ) | |
| Defendant. | ) | |

### PLAINTIFFS' UNCONTESTED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on July 2, 2013. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of Class Action and Award of Attorneys' Fees. A draft order is attached as Exhibit 5 to that Memorandum.

WHEREFORE, the Plaintiffs ask the Court to enter the order attached as Exhibit 5 to Plaintiffs' Memorandum in Support of Their Uncontested Motion For Final Approval of Class Action Settlement and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

Respectfully submitted,

/s/   Christopher J. Wilmes

Matthew J. Piers
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street
Suite 4000
Chicago, Illinois 60602